AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miner, Roger J. | U.S. Court of Appeals | 04/14/2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. Circuit Judge (Senior) | 5. Report Type (check type)<br><br>___ Nomination, Date ___ / / ___<br><br>___ Initial  X Annual  ___ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address<br><br>United States Courthouse<br>445 Broadway, Room 414<br>Albany, NY  12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE *(No reportable positions.)* | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE *(No reportable agreements.)* | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | NONE *(No reportable non-investment income.)* | | |
| 1 | | N.Y.S. Employees' Retirement System - Pension | 15,966.48 |
| 2 | | Hofstra University School of Law - Law Lecture | 3,000.00 |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Hofstra University School of Law | (Transportation) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ NONE | (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE | (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Alltel Corp. | A | Dividend | J | T | | | | | |
| 2 Amerada Hess Corp. | A | Dividend | J | T | | | | | |
| 3 American Electric Power Co. | A | Dividend | J | T | | | | | |
| 4 American Telephone & Tel. Co. | A | Dividend | J | T | | | | | |
| 5 Amer. Tel & Tel - Wireless Services, Inc. | | None | J | T | | | | | |
| 6 Bell South | B | Dividend | L | T | | | | | |
| 7 CH Energy Group, Inc. (form. Central Hudson Gas & Electric) | A | Dividend | K | T | | | | | |
| 8 Comcast | | None | K | T | | | | | |
| 9 Exxon Mobil Corp. (formerly Exxon Corporation) | D | Dividend | N | T | | | | | |
| 10 First Energy (formerly Centerior Energy) | B | Dividend | K | T | | | | | |
| 11 Fleet Boston Corp. (formerly Fleet Financial Group) | D | Dividend | M | T | | | | | |
| 12 Fort Dearborn Income Securities | A | Dividend | J | T | | | | | |
| 13 Gencorp Inc. | A | Dividend | J | T | | | | | |
| 14 GETECH | A | Dividend | J | T | | | | | |
| 15 (The) Hartford Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 16 I.T.T. Industries, Inc. (formerly ITT) | A | Dividend | J | T | | | | | |
| 17 I.B.M. | A | Dividend | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

**DISCLOSURE**   Miner,

|  |  | A | B | C1 | C2 | D1 | D2 | D3 | D4 | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | M | T |  |  |  |  | |
|  |  |  |  | J | T |  |  |  |  | |
|  |  |  |  | J |  |  |  |  |  | |
| 24 | Newfield Exploration Company (formerly EEX Corp.) |  | None |  |  | Sell | 1/8 | J | A | |
| 25 | Omnova Solutions, Inc. (Spinoff from Gencorp) |  | None | J | T |  |  |  |  | |
| 26 | P.S.E.G. Inc. | A | Dividend | J | T |  |  |  |  | |
| 27 | Qwest Comm. International Inc. (form. U.S. West, Inc.) |  | None | J | T |  |  |  |  | |
| 28 | Rayonier (spinoff from ITT) | B | Dividend | J | T |  |  |  |  | |
| 29 | Ryerson Tull (formerly Inland Steel Co.) | A | Dividend | J | T |  |  |  |  | |
| 30 | SBC Communications Group (form. S.W. Bell & Pacific) | C | Dividend | L | T |  |  |  |  | |
| 31 | Southern Co. (The) | B | Dividend | K | T |  |  |  |  | |
| 32 | Sprint - FON (form. United Telecommunications) | A | Dividend | K | T |  |  |  |  | |
| 33 | Sprint- PCS Group (form. United Telecommunications) |  | None | J | T |  |  |  |  | |
| 34 | Starwood Hotels & Resorts (formerly ITT Corporation) | A | Dividend | J | T |  |  |  |  | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   ●=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: ●=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 SPX Corp. (form. General Signal Corp.) | | None | K | T | | | | | |
| 36 TXU (form Texas Utilities Co.) (spinoff fr. Enserch Corp) | | None | J | T | | | | | |
| 37 Verizon Commun. (formerly G.T.E. Corp. & Bell Atlantic) | D | Dividend | M | T | | | | | |
| 38 Vodafone Airtouch PLC | A | Dividend | K | T | | | | | |
| 39 Alliance Capital A -Growth & Income Fund | A | Div/Cap Gains | L | T | | | | | |
| 40 AXP Stock Fund (form. American Express-IDS Investors Stock). | A | " | K | T | | | | | |
| 41 AXP Mutual Fund (form. American Express - IDS Mutual, Inc.) | A | " | K | T | | | | | |
| 42 Century Shares Trust | C | " | K | T | | | | | |
| 43 Dreyfus Fund (KEOGH PLAN) | C | " | N | T | | | | | |
| 44 Midas Spec. Equities Fund (form Bull & Bear Special Equities) | | None | J | T | | | | | |
| 45 Neuberger-Berman Manhattan Fund | | None | K | T | | | | | |
| 46 Oppenheimer Bond Fund Class A | A | Div/Cap Gains | J | T | | | | | |
| 47 Salomon Bros. Investors Fund/Value O | B | " | M | T | | | | | |
| 48 State Street Investment Trust-Class S | A | " | L | T | | | | | |
| 49 Weiss Peck Greer-W.P.G. Fund, Inc. (Growth) | | None | K | T | | | | | |
| 50 T.E. Securities Trust Series #19 | A | Interest | J | T | | | | | |
| 51 Municipal Bond Fund Series #37 | A | Interest | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Franklin New York Tax Free A Income Fund | C | Interest | L | T | | | | | |
| 53 Oppenheimer-Rochester Fund Municipals-Class A | A | Interest | J | T | | | | | |
| 54 N.Y.S. Medical Care Facilities Bonds | A | Interest | J | T | | | | | |
| 55 Mental Health Assn. of Columbia Greene County | A | Interest | | | Mtg. Paid | 3/3 | J | A | |
| 56 Key Bank, N.A. (various accounts) | A | Interest | L | T | | | | | |
| 57 Prudential Bache (cash acct.) | A | Interest | J | T | | | | | |
| 58 U.S. Savings Bonds | C | Interest | L | T | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

All assets listed in Section VII are ▇▇▇ owned.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Miner, Roger J. | Date of Report<br>04/14/2004 |
|---|---|---|

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _4/14/04_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544